UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SUGGS<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-02274-W (BGS)<br><br>**ORDER CLOSING CASE** |

      Plaintiff Judith Suggs filed this case on July 20, 2015 in the United States District Court for the Southern District of Illinois. (Complaint, *Suggs v. Portfolio Recovery Assocs., LLC*, 15-cv-00779-SMY (SCW) (S.D. Ill. July 20, 2015), ECF. No. 1.) On October 10, 2015, the case was transferred to the United States District Court for the Southern District of California as 15-cv-02404-JAH (BGS) and assigned to the Honorable John A. Houston, United States District Court Judge. (*See* Transfer Order by Judicial Panel on Multidistrict Litigation, *Suggs v. Portfolio Recovery Assocs., LLC*, 15-cv-00779-SMY (SCW) (S.D. Ill. Oct. 23, 2015), ECF. No. 19.) Judge Houston continues to preside over 15-cv-02404-JAH (BGS)—along with several dozen other cases transferred as part of the multidistrict litigation. (*See generally In re: Portfolio Recovery Assocs., LLC*, 11-md-02295-JAH (BGS) (S.D. Cal.).) On December 8, 2023, the Judicial Panel on Multidistrict Litigation ordered 15-cv-02404-JAH (BGS) remanded back to the United States District Court for the Southern District of Illinois, 15-cv-00779. (*See* Remand Order at 3, *In re: Portfolio Recovery Assocs., LLC*, 11-md-02295-JAH (BGS) (S.D. Cal. Dec. 8, 2023), ECF

No. 1002.)  Instead of being remanded back to the Southern District of *Illinois*, the case seems to have inadvertently been "remanded" to the Southern District of *California* and opened as a new case—23-cv-02274-W (BGS)— on December 13, 2023 and assigned to the Honorable Thomas J. Whelan.  Seeing as 23-cv-02274-W (BGS) is entirely duplicative of 15-cv-02404-JAH (BGS) and the creation of 23-cv-02274-W (BGS) seems to have been inadvertent, the Court **ORDERS** 23-cv-02274-W (BGS) **CLOSED**.  The parties are directed back to 15-cv-02404-JAH (BGS).

**IT IS SO ORDERED.**

Dated:  December 18, 2023

_____
Hon. Thomas J. Whelan
United States District Judge